# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER BIRMINGHAM MINISTRIES, et al., *Plaintiffs*, v. STATE OF ALABAMA, et al., *Defendants*. | Civil No. 1:16-MC-02506-RMC |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, AND UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES *Non-Party Respondents*. | |

## NOTICE OF WITHDRAWAL OF MOTION TO COMPEL

As a result of Plaintiffs' meet and confer discussions with the United States Citizenship and Immigration Services, Plaintiffs respectfully withdraw without prejudice their Motion to Compel Compliance with Third-Party Subpoena on the Department of Homeland Security.

                        Respectfully submitted,

DATE: February 17, 2017                */s/ James McCall Smith*

| | |
|---|---|
| Christina Swarns | Joanne B. Grossman |
| Coty Montag | D.C. Bar No. 227520 |
| Deuel Ross | James McCall Smith |
| Natasha Merle | D.C. Bar No. 987082 |
| NAACP Legal Defense and | Covington & Burling LLP |
| Educational Fund, Inc. | One City Center |
| 40 Rector Street, 5th Floor | 850 Tenth Street, NW |
| New York, New York 10006 | Washington, D.C. 20001-4956 |
| Tel: (212) 965-2200 | Tel: 202-662-6000 |
| Fax: (212) 226-7592 | Fax: 202-662-6291 |
| cswarns@naacpldf.org | jgrossman@cov.com |
| cmontag@naacpldf.org | jmsmith@cov.com |
| dross@naaacpldf.org | |
| nmerle@naacp.org | Robert D. Fram |
| | Nathan E. Shafroth |
| Herman N. Johnson, Jr. | Michael Greenberg |
| 800 Lakeshore Drive | Ryan Buschell |
| Birmingham, AL 35229 | Covington & Burling LLP |
| Phone: 205-726-2723 | One Front Street |
| Fax: 205-726-2587 | San Francisco, CA 94111-5356 |
| hjohnso4@samford.edu | Tel: 415-591-6000 |
| | Fax: 415-591-6091 |
| | rfram@cov.com |
| | nshafroth@cov.com |
| | mgreenberg@cov.com |
| | rbuschell@cov.com |

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties.

<u>/s/  James McCall Smith</u><br>
James McCall Smith

DATE: February 17, 2017